Law Offices of
KEITH E. GREGORY & ASSOCIATES
2300 West Sahara Avenue, Suite 680 Box 23
Las Vegas, Nevada 89102
(702)382-3636 • Fax (702)382-5400

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| LORI FRIES, | Case No. 3:08-CV-00559-LRH-VPC |
| Plaintiff, | |
| vs. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation duly licensed to do business in the state of Nevada; JILL MONOPOLI, an individual, ROE individuals I-X and DOE Corporations I-X, inclusive | |
| Defendants | |

**STIPULATION AND ORDER TO EXTEND TIME TO FILE AN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, LORI FRIES, by and through her counsel MARIA LOVENTIME ESTANISLAO, ESQ. of the law firm of KEITH E. GREGORY & ASSOCIATES, and Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, by and through its counsel SCOTT A. GLOGOVAC, ESQ. of the law

/ / /

/ / /

1

firm BURTON, BARTLETT & GLOGOVAC, to extend the date for Plaintiff to file an Opposition to Defendant's Motion for Summary Judgment currently due on December 31, 2009 to be filed on January 11, 2010.

DATED this 7th day of January, 2010.

**KEITH E. GREGORY & ASSOCIATES**

/s/ *Maria Loventime U. Estanislao*
_____
Maria Loventime U. Estanislao, Esq.
Nevada Bar No. 8059
2300 W. Sahara Ave., Ste. 680 Box 23
Las Vegas, Nevada 89101
Tel. (702) 382-3636
Fax (702) 382-5400
maria@gregory-law.com
*Counsel for Plaintiff Lori Fries*

DATED this 7th day of January, 2010.

**BURTON, BARTLETT & GLOGOVAC**

/s/ *Scott A. Glogovac*
_____
Scott A. Glogovac, Esq.
Nevada Bar No. 0228
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Tel. (775) 333-0400
Fax (775) 333-0412
sglogovac@bbg.net
*Counsel for Defendant State Farm Mutual Automobile Insurance Company*

<u>ORDER</u>

IT IS SO ORDERED nunc pro tunc this 8th day of January, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE