IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| LORI FRIES,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, duly licensed in the State of Nevada; JILL MONOPOLI, an individual, ROE individuals I-X and DOE Corporations I-X inclusive,<br><br>Defendants. | Case No. 3:08-CV-00559-LRH-VPC |

**STIPULATION AND ORDER TO EXTEND TIME
TO FILE REPLY IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT**
(First Request)

Pursuant to Local Rule 6-1, Plaintiff, Lori Fries, and Defendant, State Farm Mutual Automobile Insurance Company, hereby stipulate that the time for Defendant to file the

. . .

. . .

. . .

. . .

1

reply in support of its motion for summary judgment (#25) may be extended from January 21, 2010 to and including February 1, 2010.

DATED this 12th day of January, 2010

KEITH E. GREGORY & ASSOCIATES

/s/ Maria Loventime U. Estanislao

Maria Loventime U. Estanislao, Esq.
Nevada Bar No. 8059
2300 W. Sahara Ave., Ste. 680 Box 23
Las Vegas, Nevada 89101
Tel. (702) 382-3636
Fax: (702) 382-5400
maria@gregory-law.com
*Counsel for Plaintiff Lori Fries*

DATED this 12th day of January, 2010.

BURTON, BARTLETT & GLOGOVAC

/s/ Scott A. Glogovac

Scott A. Glogovac, Esq.
Nevada Bar No. 0228
50 West Liberty Street, Suite 700
Reno, Nevada 89501
Tel. (775) 333-0400
Fax (775) 333-0412
sglogovac@bbg.net
*Counsel for Defendant State Farm Mutual Automobile Insurance Company*

### ORDER

**IT IS SO ORDERED.**

DATED this 13th day of January, 2010

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE